UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>PEPSICO, INC.,<br><br>               Defendant. | Case No. 3:22cv184 _____<br><br>FED. R. CIV. P. 23 Class Action |

### NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, JOSHUA SMITH, gives notice of filing the attached Notice of Consent to Join.

Dated this 5th day of April, 2022.

        /s/ TARA TIGHE
        Tara Tighe, Esq.
        Virginia Bar No.  85825
        Morgan & Morgan, P.A.
        4250 North Fairfax Drive - Ste. 635
        Arlington, VA 22203
        Telephone:   (571) 357-7598
        Email:         ttighe@forthepeople.com

        *Local Counsel*

        C. Ryan Morgan, Esq. *(pro hac vice forthcoming)*
        FBN 0015527
        **Morgan & Morgan, P.A.**
        20 N. Orange Ave., 15th Floor
        Orlando, FL 32802-4979
        Telephone:   (407) 420-1414
        Email:         RMorgan@forthepeople.com

Matthew S. Parmet, Esq. *(pro hac vice forthcoming)*
TX Bar # 24069719
PARMET PC
3 Riverway, Ste. 1910
Houston, TX 77056
Telephone:   (713) 999-5228
E-mail: matt@parmet.law

*Counsel for the Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Filing Notice of Consent to Join of Plaintiff, Joshua Smith, has been served along with the Summons and a copy of the Complaint.

**/s/ TARA TIGHE**
Tara Tighe, Esq.

## EXHIBIT "A"

## CONSENT TO JOIN WAGE CLAIM

Print Name: Joshua A Smith

1. I consent to join the collective action lawsuit filed against **PepsiCo, Inc., Gatorade,** and any affiliated persons or entities to pursue my claims of unpaid overtime and related damages during the time that I worked with them.

2. I understand that these claims are brought under the Fair Labor Standards Act and applicable federal and state law.

3. I consent to be bound by the Court's decisions.

4. I designate the representative plaintiff named in the lawsuit and/or appointed by the Court as my agent to make decisions on my behalf regarding the lawsuit, including entering into settlement agreements, agreements with counsel, and all other matters related to the lawsuit.

5. I designate the law firm PARMET PC as my attorneys to prosecute my wage claims.

6. I understand and agree that my attorneys, the representative plaintiff, or the Court may in the future appoint other individuals to be representative plaintiff. I consent to the appointment and agree to be bound by the decisions made by the representative plaintiff regarding this matter. I understand that I may be selected or appointed to serve as a representative plaintiff.

7. If needed, I authorize this consent to be used to re-file my claim in a separate lawsuit or arbitration.

*DocuSigned by: Joshua Smith*
Signature

3/26/2022
Date

Ex. 1